# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAMID SAIDI TALEB,<br><br>    Petitioner,<br><br>vs.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>    Respondent. | CASE NO.: SACV 19-00067 AG (KES)<br><br>**ORDER**<br><br>**AMENDING CERTIFICATE OF NATURALIZATION; VACATING THE MOTION HEARING DATE AND DISMISSING THE ACTION WITH PREJUDICE** |

Pursuant to the parties' Stipulation for Entry of an Order Amending Certificate of Naturalization; Vacating the Motion Hearing Date and Dismissing the Action With Prejudice, and for good cause shown,

IT IS HEREBY ORDERED that petitioner's certificate of naturalization is amended to indicate that petitioner Hamid Saidi Taleb was born on January 21, 1951.

IT IS FURTHER ORDERED that respondent United States Citizenship and Immigration Services shall issue a replacement certificate of naturalization that

reflects petitioner's date of birth as January 21, 1951, within thirty days from the date of entry of this Order.

IT IS FURTHER ORDERED that the hearing on the petitioner's motion to amend naturalization certificate is vacated; and

IT IS FURTHER ORDERED that this action is dismissed in its entirety with prejudice. Each party shall bear his or its own costs and attorneys' fees, including those under the Equal Access to Justice Act and any other provision of law.

Dated: June 18, 2019

_____
HONORABLE ANDREW GUILFORD
United States District Judge

Presented by:
NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division

    /s/ Joanne S. Osinoff
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section
Attorneys for Respondent
U.S. Citizenship and Immigration Services